DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-03-00099-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




TEXAS ALCOHOLIC 


BEVERAGE COMMISSION,
§
 APPEAL FROM THE 362ND

APPELLANT



V.
§
 JUDICIAL DISTRICT COURT OF


COCINA CALIENTE ROSEMEADE

BEVERAGES, INC. D/B/A COCINA

CALIENTE CLUB-ROSEMEADE,
§
 DENTON COUNTY, TEXAS

TARR RESTAURANTS, INC. D/B/A

COCINA CALIENTE ROSEMEADE,

LTD. AND COACH'S

APPELLEES





MEMORANDUM OPINION


PER CURIAM


 Appellant has filed a motion to dismiss this appeal, and all other parties to the appeal have
been given notice of the filing of the motion. Because Appellant has met the requirements of Tex.
R. App. P. 42.1(a)(2), the motion is granted, the costs of the appeal are assessed against the party
incurring same, and the appeal is dismissed. 

Opinion delivered July 9, 2003.

Panel consisted of Worthen, C.J. and Griffith, J.








PUBLISH